Cornell D.M. Judge CORNISH, Plaintiff–Appellant,

v.

David J. KAPPOS, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, United States Patent and Trademark Office, Harry I. Moatz, Director of Office of Enrollment and Discipline, and William J. Griffin, Attorney, Office of Enrollment and Discipline, Defendants–Appellees.

No. 2009–1093.

United States Court of Appeals, Federal Circuit.

Oct. 21, 2009.

**ORDER**

A combined petition for panel rehearing and for rehearing en banc having been filed by the Appellant, and the petition for rehearing, having been referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc having been referred to the circuit judges who are in regular active service,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for panel rehearing be, and the same hereby is, DENIED and it is further

ORDERED that the petition for rehearing en banc be, and the same hereby is, DENIED.

118

The mandate of the court will issue on October 28, 2009.